AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ACHRISTAVEST PIER 6600 LLC, a New Jersey limited liability company<br><br>*Plaintiff(s)*<br><br>v.<br><br>3030 BAYSHORE PROPERTIES LLC, a Florida limited liability company<br><br>*Defendant(s)* | Civil Action No. 17-cv-60617-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  3030 BAYSHORE PROPERTIES LLC
3016 Bayshore Drive,
Fort Lauderdale, FL 33304


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey McFadden, Esquire
Stradley Ronon Stevens & Young, LLP
1250 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036
Facsimile:  (202) 822-0140
Email: jmcfadden@stradley.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  3/29/2017

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts